**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PERI PARRISH,**
                  **Plaintiff,**

**-vs-**                                    **Case No.  6:07-cv-1813-Orl-22DAB**

**ADVANCED LASER TECHNOLOGIES, INC.,**
                  **Defendant.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR CLERK'S DEFAULT AGAINST DEFENDANT ADVANCED LASER TECHNOLOGIES, INC. (Doc. No. 9)**
>
> **FILED:** **January 21, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff seeks entry of default against Defendant Advanced Laser Technologies, Inc. Doc. No. 9. Plaintiff served a summons designated for the "Advanced Laser Technologies, Inc. c/o Eric William Nelson, Registered Agent, 9180 Bloomfield Dr., Palm Beach Gardens, FL 33410." Doc. No. 8. The process server failed to mark any of the required categories indicating how service was accomplished. Doc. No. 8. Instead, he indicated that "Hispanic family living at given address for 7 years. Subjects unknown." Doc. No. 8. Clearly, Eric William Nelson was **not** served and service on the corporate Defendant was ineffective. Undaunted by this failure to serve the registered agent,

Plaintiff's counsel, Carlos Leach, Esq., who has represented many plaintiffs in Fair Labor Standard Act cases in this Court, nevertheless filed a Motion for Clerk's Default. Doc. No. 9.

Carlos Leach, Esq., is **ORDERED** to show cause in writing within 11 days from the date of this Order why he should not be sanctioned for filing the frivolous Motion for Clerk's Default when Defendant had clearly not been served, thus wasting judicial resources.

**DONE** and **ORDERED** in Orlando, Florida on January 22, 2008.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record